MILTON TYSON, JR. *v.* DEPARTMENT OF CORRECTION
(9952)

DUPONT, C. J., O'CONNELL and HEIMAN, Js.

Argued September 30—decision released October 22, 1991

*Frank P. Cannatelli,* for the appellant (plaintiff).

*Michael J. Lanoue,* assistant attorney general, with whom, on the brief, was *Richard Blumenthal,* attorney general, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.